*Thursday, December 23, 1999*

## MOTION DOCKET

**99–2158. In re Adoption of Asente.**
Trumbull App. Nos. 99–T–0055, 99–T–0056, 99–T–0057 and 99–T–0058. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of the court of appeals' judgment be, and hereby is, denied.

RESNICK and PFEIFER, JJ., dissent.

**99–2216. Mayer v. Bristow.**
Crawford App. No. 3–98–29. This cause is pending before the court on the certification of conflict by the Court of Appeals for Crawford County. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of the court of appeals' judgment be, and hereby is, granted.

PFEIFER, J., dissents.

**99–2271. Oakwood Mgt. Co. v. Richards.**
Franklin App. No. 99AP–627. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of the court of appeals' judgment be, and hereby is, denied.

PFEIFER, J., not participating.

*Monday, December 27, 1999*

## MOTION DOCKET

**99–1452. State v. Braden.**
Franklin C.P. No. 98CR084601. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for stay of execution set for June 16, 2000, pending disposition of his appeal by this court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

**99–1846. State ex rel. Turk v. Handwork.**
In Mandamus. On December 16, 1999, relator filed a motion for reconsideration that included and incorporated an untimely motion to dismiss. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a document after the filing deadline,

IT IS ORDERED by the court, *sua sponte*, that relator's motion for reconsideration be, and hereby is, stricken.

**99–1996. Miller v. Rollins Leasing Corp.**
Franklin App. No. 98AP–1347. On November 19, 1999, appellees filed a memorandum in response to appellant's memorandum in support of jurisdiction. On December 20, 1999, appellees filed a memorandum in response to cross-appellant's memorandum in support of jurisdiction. Whereas S.Ct.Prac.R. III(2) prescribes that if two or more notices of appeal are filed in a case in accordance with S.Ct.Prac.R. II(2)(A)(2), the appellee shall file only one memorandum in response,

IT IS ORDERED by the court, *sua sponte*, that appellees' second memorandum in response be, and hereby is, stricken.